IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-CR-30171-WDS-10 |
| | ) | |
| **WARREN KENT ROGERS,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

**STIEHL, District Judge:**

On July 18, 2013, the United States of America and defendant Warren Kent Rogers consented to appear before Magistrate Judge Donald G. Wilkerson pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea of guilty to Counts 1 and 8 of the Second Superseding Indictment.

On July 18, 2013, Judge Wilkerson submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a presentence investigation and report be prepared, and that the defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 260).

The Report included a notice to the parties informing them of their right to appeal by way of filing "Objections" within fourteen (14) days of service of the Report and Recommendation. Neither party has filed an objection, therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct de novo review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Video Views Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Donald G. Wilkerson's Report and Recommendation (Doc. 260), **ACCEPTS** defendant Warren Kent Rogers' plea of guilty, and **ADJUDGES** defendant Warren Kent Rogers guilty of Counts 1

and 8 of the Second Superseding Indictment.

**IT IS SO ORDERED.**

**DATE:  August 6, 2013**

                                                        **/s/ WILLIAM D. STIEHL**
                                                           **DISTRICT JUDGE**